(106 So. 917)

John M. GEORGE v. STATE. (2 Div. 350.) (Court of Appeals of Alabama. Jan. 12, 1926.) Appeal from Circuit Court, Hale County; S. F. Hobbs, Judge. C. E. Waller and Thos. E.

Knight, of Greensboro, for appellant. Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State.

RICE, J. Appellant was convicted of the offense of violating the prohibition laws by selling prohibited liquors. The case was tried before the judge sitting without a jury. There was ample evidence to support the finding of guilt, and judgment rendered. No prejudicial error appears anywhere, and the judgment is affirmed. Affirmed.